**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PEDRO MARTINEZ, Individually and as the representative of a class of similarly situated persons,

                Plaintiff,

Case No.   1:22-cv-3349-WFK-PK

- against -

WHOLESOME SPIRITS INC.,

                Defendants.
------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pedro Martinez, by his attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Wholesome Spirits Inc.

Dated:  Scarsdale, New York
       August 8, 2022

                                    SHAKED LAW GOUP, P.C.
                                    Attorneys for Plaintiff

                                    By:  /s/Dan Shaked_____
                                       Dan Shaked, Esq.
                                       14 Harwood Court, Suite 415
                                       Scarsdale, NY 10583
                                       Tel. (917) 373-9128
                                       e-mail: ShakedLawGroup@Gmail.com

**SO ORDERED.**

        **/s WFK**
_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: August 8, 2022
Brooklyn, New York